BENSAM SWAKEEN, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent.

Submitted November 13, 2007; decided February 7, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 809 (2007)].